| | |
|---|---|
| 1 | WAUKEEN Q. McCOY, ESQ. (SBN: 168228) |
| 2 | LAW OFFICES OF WAUKEEN Q. McCOY<br>703 Market Street, Suite 1300 |
| 3 | San Francisco, California 94103<br>Telephone (415) 675-7705 |
| 4 | Facsimile (415) 675-2530 |
| 5 | Attorney for Plaintiff<br>DANIEL BUTLER |
| 6 | |
| 7 | MIREYA LLAURADO<br>FEDERAL EXPRESS CORPORATION |
| 8 | 2601 Main Street, Suite 340<br>Irvine, CA 92614 |
| 9 | Telephone: (949) 862-4632<br>Facsimile: (949) 862-4605 |
| 10 | Attorney for Defendant<br>FEDERAL EXPRESS CORPORATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BUTLER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS, a corporation,<br>AND DOES 1-10,<br><br>Defendants. | Case No.: CV-11-04032-JSW<br><br>**STIPULATION BY THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND REQUEST FOR ORDER; [PROPOSED] ORDER**<br><br>**Complaint Filed:** July 5, 2011<br>**Trial Date:** None |

TO THE COURT:

WHEREAS There is presently a Case Management Conference scheduled in the above-titled case on February 10, 2012 at 1:30 PM;

WHEREAS the lead counsel for Plaintiff Daniel Butler ("Plaintiff") will be unavailable on February 10, 2012; and

---

STIPULATION BY THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND REQUEST FOR ORDER
CASE NO. CV-11-04032-JSW                                1

1  WHEREAS COUNSEL FOR DEFENDANT FEDERAL EXPRESS CORPORATION
2  ("Defendant"), has already planned travel in this case for February 9 for a deposition and had
3  planned to stay for the February 10, 2012 Case Management Conference;
4  IT IS HEREBY STIPULATED TO AND AGREED by and between Plaintiff and
5  Defendant, through their respective counsel, and subject to approval by the Court, **that the Case**
6  **Management Conference currently scheduled for February 10, 2012 at 1:30 PM be**
7  **continued to March 9, 2012, at 1:30 PM**, in order for all parties to be in attendance as
8  required by the Court's order. Plaintiff has agreed to pay the travel expenses incurred by
9  Defendant's counsel due to this change, and due to this cost-shifting, no party will be unfairly
10 prejudiced or unreasonably burdened.

11

12 DATED: January 27, 2012       LAW OFFICES OF WAUKEEN Q. McCOY
13                               By:   /s/ Waukeen Q. McCoy
14                                     Waukeen Q. McCoy, Esq.
                                       Attorney for Daniel Butler
15
   DATED: February 1, 2012       FEDERAL EXPRESS CORPORATION
16
17                               By:_____
                                     Mireya Llaurado, Esq.
18                                   Attorney for Federal Express.
19

20 **IT IS HEREBY ORDERED THAT:**

21   1. The Stipulation as set forth above, for good cause, is approved;
22   2. The February 10, 2012 case management conference is taken off-calendar; and
23   3. The case management conference in the above-titled matter is to be rescheduled for
24      March 9, 2012 at 1:30 PM. **Any future request to continue must be filed on or before the date the case management statement is due.**
25
26   Dated: February 7, _____, 2012    By:_____
27                                                Honorable Jeffrey S. White,
                                                  District Court Judge
28

STIPULATION BY THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND REQUEST FOR ORDER
CASE NO. CV-11-04032-JSW                        2