WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff
DANIEL BUTLER

MIREYA LLAURADO
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: (949) 862-4632
Facsimile: (949) 862-4605

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BUTLER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS, a corporation, AND DOES 1-10,<br><br>Defendants. | **Case No.: CV-11-04032-JSW**<br><br>**STIPULATION BY THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND REQUEST FOR ORDER;** [PROPOSED] ORDER<br><br>**Complaint Filed:** July 5, 2011<br>**Trial Date:** None |

TO THE COURT:

WHEREAS There is presently a Case Management Conference scheduled in the above-titled case on February 10, 2012 at 1:30 PM;

WHEREAS the lead counsel for Plaintiff Daniel Butler ("Plaintiff") will be unavailable on February 10, 2012; and

---

STIPULATION BY THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND REQUEST FOR ORDER
CASE NO. CV-11-04032-JSW                                    1

1  WHEREAS COUNSEL FOR DEFENDANT FEDERAL EXPRESS CORPORATION ("Defendant"), has already planned travel in this case for February 9 for a deposition and had planned to stay for the February 10, 2012 Case Management Conference;

IT IS HEREBY STIPULATED TO AND AGREED by and between Plaintiff and Defendant, through their respective counsel, and subject to approval by the Court, **that the Case Management Conference currently scheduled for February 10, 2012 at 1:30 PM be continued to March 9, 2012, at 1:30 PM**, in order for all parties to be in attendance as required by the Court's order. Plaintiff has agreed to pay the travel expenses incurred by Defendant's counsel due to this change, and due to this cost-shifting, no party will be unfairly prejudiced or unreasonably burdened.

DATED: January 27, 2012          LAW OFFICES OF WAUKEEN Q. McCOY

By: /s/ Waukeen Q. McCoy
Waukeen Q. McCoy, Esq.
Attorney for Daniel Butler

DATED: February 1, 2012          FEDERAL EXPRESS CORPORATION

By: _____
Mireya Llaurado, Esq.
Attorney for Federal Express.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation as set forth above, for good cause, is approved;
2. The February 10, 2012 case management conference is taken off-calendar; and
3. The case management conference in the above-titled matter is to be rescheduled for March 9, 2012 at 1:30 PM. **Any future request to continue must be filed on or before the date the case management statement is due.**

Dated: February 7, 2012          By: /s/ Jeffrey S. White
Honorable Jeffrey S. White,
District Court Judge