| | |
|---|---|
| 1 | WAUKEEN Q. McCOY, ESQ. (SBN: 168228) |
| | LAW OFFICES OF WAUKEEN Q. McCOY |
| 2 | 703 Market Street, Suite 1300 |
| | San Francisco, California 94103 |
| 3 | Telephone (415) 675-7705 |
| | Facsimile (415) 675-2530 |
| 4 | |
| 5 | Attorney for Plaintiff |
| | DANIEL BUTLER |
| 6 | |
| | DAVID WILSON (SBN: 174185) |
| 7 | FEDERAL EXPRESS CORPORATION |
| | 2601 Main Street, Suite 340 |
| 8 | Irvine, CA 92614 |
| | Telephone: (949) 862-4632 4656 |
| 9 | Facsimile: (949) 862-4605 |
| 10 | Attorney for Defendants |
| | FEDEX EXPRESS. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BUTLER, | Case No.: CV-11-04032-JSW |
| Plaintiff, | |
| v. | [proposed] ORDER AND STIPULATION TO LIFT STAY OF DISCOVERY |
| FEDERAL EXPRESS, a corporation, | |
| Defendants. | Complaint Filed: July 5, 2011 |
| | Trial Date: None |

WHEREAS both parties agreed to a discovery stay at the March 2, 2012 Case Management Conference with the hope of obtaining an early settlement.

WHEREAS early settlement efforts have been undertaken, they have not resulted in a resolution of the matter. As a result, the initial reason for the stay of discovery has been rendered moot. Therefore, it is in the interests of justice and judicial economy for discovery to go forward in this case as soon possible.

1
Stipulated Order to Lift Discovery Stay

|  |  |
|---|---|
| 1 |  |
| 2 | WHEREFOR, IT IS HEREBY STIPULATED TO AND AGREED by and between |
| 3 | Plaintiff Daniel Butler ("Plaintiff") and Defendant Federal Express Corporation ("Defendant"), |
| 4 | through their respective counsel, and subject to approval by the Court, that the stay of discovery |
| 5 | that was ordered at the March 2, 2012 Case Management Conference shall be lifted. |

DATED: May 29, 2012           LAW OFFICES OF WAUKEEN Q. McCOY

By: _____
Waukeen Q. McCoy, Esq.
Attorney for Daniel Butler

DATED: June 1, 2012           FEDERAL EXPRESS CORPORATION

By: _____
David Wilson, Esq.
Attorney for Federal Express.

IT IS ORDERD THAT: The stay of discovery that was ordered at the March 2, 2012 Case Management Conference is hereby lifted.

Dated: June 4, 2012           By: _____
Honorable Jeffrey S. White,
District Court Judge