WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff
DANIEL BUTLER

DAVID WILSON (SBN: 174185)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: (949) 862-4632 4656
Facsimile: (949) 862-4605

Attorney for Defendants
FEDEX EXPRESS.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BUTLER, <br> Plaintiff, <br> v. <br> FEDERAL EXPRESS, a corporation, <br> Defendants. | Case No.: CV-11-04032-JSW <br><br> [proposed] ORDER AND STIPULATION TO LIFT STAY OF DISCOVERY <br><br> Complaint Filed: July 5, 2011 <br> Trial Date: None |

WHEREAS both parties agreed to a discovery stay at the March 2, 2012 Case Management Conference with the hope of obtaining an early settlement.

WHEREAS early settlement efforts have been undertaken, they have not resulted in a resolution of the matter. As a result, the initial reason for the stay of discovery has been rendered moot. Therefore, it is in the interests of justice and judicial economy for discovery to go forward in this case as soon possible.

1
Stipulated Order to Lift Discovery Stay

1
2     WHEREFOR, IT IS HEREBY STIPULATED TO AND AGREED by and between
3  Plaintiff Daniel Butler ("Plaintiff") and Defendant Federal Express Corporation ("Defendant"),
4  through their respective counsel, and subject to approval by the Court, that the stay of discovery
5  that was ordered at the March 2, 2012 Case Management Conference shall be lifted.
6
7  DATED: May 29, 2012                LAW OFFICES OF WAUKEEN Q. McCOY
8
9                                     By: _____
10                                         Waukeen Q. McCoy, Esq.
                                           Attorney for Daniel Butler
11
12  DATED: ~~May 30,~~ June 1, 2012    FEDERAL EXPRESS CORPORATION
13
14                                     By: _____
15                                         David Wilson, Esq.
                                           Attorney for Federal Express.
16
17
18  IT IS ORDERD THAT: The stay of discovery that was ordered at the March 2, 2012 Case
19  Management Conference is hereby lifted.
20
21
22  Dated: June 4, _____, 2012   By: _____
23                                              Honorable Jeffrey S. White,
                                                District Court Judge
24
25
26
27
28