| | |
|---|---|
| 1 | David S. Wilson, Bar No. 174185 |
| 2 | **FEDERAL EXPRESS CORPORATION**<br>2601 Main Street, Suite 340 |
| 3 | Irvine, California 92614<br>Telephone: (949) 862-4632 |
| 4 | Facsimile: (949) 862-4605<br>dswilson@fedex.com |
| 5 | Attorney for Defendant FEDERAL EXPRESS CORPORATION |
| 6 | Waukeen Q. McCoy, Bar No.168228 |
| 7 | LAW OFFICES OF WAUKEEN Q. MCCOY<br>703 Market Street, Suite 1300 |
| 8 | San Francisco, California 94103<br>Telephone: (415) 675-7705 |
| 9 | Facsimile: (415) 675-2530<br>mail@mccoyslaw.com |
| 10 | Attorney for Plaintiff DANIEL BUTLER |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BUTLER,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS<br>CORPORATION, a corporation,<br><br>  Defendant. | Case No. CV 11-04032 JSW (DMR)<br>ORDER ON<br>**STIPULATION BY THE PARTIES TO CONTINUE THE FURTHER SETTLEMENT CONFERENCE AND PROPOSED ORDER**<br><br>Complaint Filed: July 5, 2011<br>Trial Date: June 10, 2013 |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Butler ("Plaintiff") and Defendant Federal Express Corporation, through their respective counsel, and subject to approval by the Court, propose that the Further Settlement Conference currently scheduled for August 3, 2012 at 10:00 AM be continued to August 31, 2012, at a time to be set by the Court. Plaintiff has verified that all parties and the Court are available on August 31, 2012. The scheduling of this Further Settlement Conference is not subject to any timeline imposed by Judge White of the District Court. This continuance is necessary to allow for the processing and analysis of Defendant's responses to

1
**STIPULATION AND PROPOSED ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE
CV-11-04032 JSW (DMR)**

1  Plaintiff's document requests, which were not received before the deadline for submitting the
2  statements for the August 3, 2012, as well as the unavailability of Plaintiff's counsel on the August 3
3  date. The parties are currently cooperating in discovery matters.

So Stipulated:
DATED: July 27, 2012              LAW OFFICES OF WAUKEEN Q. McCOY
                                  By:_____/s/ Waukeen Q. McCoy_____
                                      Waukeen Q. McCoy, Esq.
                                      Attorney for Daniel Butler

DATED: July 27, 2012              FEDERAL EXPRESS CORPORATION

                                  By:_____/s/ David S. Wilson_____
                                      David S. Wilson, Esq.
                                      Attorney for Federal Express Corporation

IT IS ORDERED that the exchanged statement and confidential letter must be lodged with the court by August 21, 2012.

The Further Settlement Conference currently scheduled for August 3, 2012 at 10:00 is hereby rescheduled for August 31, 2012., at 10:00 a.m.

IT IS SO ORDERED.
Dated: __July 30__, 2012

_____
DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*