IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL BUTLER,

    Plaintiff,

  v.

FEDERAL EXPRESS CORPORATION,

    Defendant.
                                        /

No. C 11-04032 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

Pursuant to a Civil Conference Minute Order dated October 10, 2012, it appears this matter has settled in full. There has been no further activity in this case since that date. Accordingly, it is HEREBY ORDERED that the parties shall submit a joint status report to the Court setting forth the current status of settlement and when they expect to file a dismissal. The Joint Status Report shall be due by no later than December 14, 2012.

**IT IS SO ORDERED.**

Dated: December 3, 2012

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE