UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BUTLER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a corporation,<br><br>    Defendants. | Case No. CV-11-04032 JSW (DMR)<br><br>[proposed] ORDER OF DISMISSAL WITH PREJUDICE |

The Court, having considered the Parties' voluntary Stipulation to Dismissal with Prejudice (attached hereto), and good cause appearing, therefore orders as follows:

1. The action entitled, "Daniel Butler v. Federal Express Corporation," Case No. CV-11-04032 JSW, is dismissed inits entirety, with prejudice, pursuant to FRCP 41 (a)(1)(A).

2. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated December 11, 2012

_____
The Honorable Jeffrey S. White
Judge of the United States District Court